#### RIX v. STRONG.

Trover lies for property tendered upon a note, in favor of the promisee, although he did accept it at the time.

ACTION of trover for a number of horses — Plea not guilty to the jury.

The facts were — Rix had a note against one Bacon for £24 10s., payable in horses, at a certain time and place in Lebanon. Bacon tendered the horses at time and place, and Rix refused them, and brought an action upon the note; to

which Bacon plead the tender of the horses and prevailed. Rix then looked after his horses and found that the defendant had taken them away. He went and demanded them and brought this action.

And verdict and judgment was for the plaintiff to recover, for as the tender was legal, the property of the horses was vested in the plaintiff.